IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01997-CMA-MJW

WALLACE GILBERT-MITCHELL, JR.,

Plaintiff,

v.

DAVID V. ALLRED, in his personal and professional capacities,
H. NEWCOMB, in his personal and professional capacities,
MS. INOUYE, in her personal and professional capacities,
J. RODRIGUES, in his personal and professional capacities,
ROBERT LEGGITT, in his personal and professional capacities,
THERESA MONTOYA, in her personal and professional capacities, and
MS. MCDERMOTT, in her personal and professional capacities,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motion for Plaintiff to be Served with a Complete Copy of Court Order of January 22, 2013 (docket no. 30) is GRANTED finding good cause shown.  The court will mail to the Pro Se Incarcerated Plaintiff a copy of: (1) Judge Babcock's Order to Dismiss in Part and to Draw Case to District Judge and to Magistrate Judge (docket no. 24) dated January 22, 2013 and (2) the text Case Reassignment Order dated January 22, 2013 (docket no. 25).

Date: February 25, 2013