IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01997-CMA-MJW

WALLACE GILBERT-MITCHELL, JR.,

Plaintiff,

v.

DAVID V. ALLRED, in his personal and professional capacities,
H. NEWCOMB, in his personal and professional capacities,
MS. INOUYE, in her personal and professional capacities,
J. RODRIGUES, in his personal and professional capacities,
ROBERT LEGGITT, in his personal and professional capacities,
THERESA MONTOYA, in her personal and professional capacities, and
MS. MCDERMOTT, in her personal and professional capacities,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff 's Motion for an Order to Direct Service by the United States Marshal (docket no. 38) is GRANTED finding good cause shown.  The Pro Se Incarcerated Plaintiff shall forthwith provide to this court the addresses for any of the unserved Defendants.  Once the court receives such addresses in writing from the Pro Se Incarcerated Plaintiff, the court will direct the U.S. Marshal to serve those Defendants.  At the Status Conference on February 27, 2013 at 1:30 p.m., this court will set a date for a Rule 16 Scheduling Conference and a Show Cause Hearing concerning service of process on any unserved Defendant.

Date: February 25, 2013