## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**  12-cv-01997-CMA-MJW | FTR - Courtroom A-502 |
| **Date:**   February 27, 2013 | Courtroom Deputy, Ellen E. Miller |
| _Parties_ | _Counsel_ |
| Wallace Gilbert-Mitchell, Jr.<br>#51443-060<br><br>        Plaintiff(s),<br><br>v.<br><br>DAVID V. ALLRED,<br>in his personal and professional capacities,<br>H. NEWCOMB,<br>in his personal and professional capacities,<br>MS. INOUYE,<br>in her personal and professional capacities,<br>J. RODRIGUES,<br>in his personal and professional capacities,<br>ROBERT LEGGITT,<br>in his personal and professional capacities,<br>THERESA MONTOYA,<br>in her personal and professional capacities,   and<br>MS. MCDERMOTT,<br>in her personal and professional capacities,<br><br>        Defendant(s). | _Pro Se_  (by telephone)<br><br><br><br><br><br>J. Benedict Garcia |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   STATUS  CONFERENCE / MOTION  HEARING
**Court in Session:**     1:38 p.m.
Court calls case. Appearances of _Pro Se_ plaintiff and defense counsel.  Also on the telephone call is Kara Lundy, counsel for the Federal Bureau of Prisons.

Status of the case is discussed.  Discussion is held regarding the Federal Bureau of Prisons' Motion to Reconsider Granting Plaintiff _in forma pauperis_ Status or in the Alternative, Motion for Extension of Time (Doc. 36).

**It is ORDERED:**         _Pro Se_ Plaintiff shall have up to and including **MARCH 18, 2013** within which to file his written RESPONSE to  Federal Bureau of Prisons' Motion to Reconsider Granting Plaintiff _in forma pauperis_ Status or in the Alternative, Motion for Extension of Time (Doc. 36) [Docket No. **46**, filed

February 26, 2013].

FBOP counsel handed a copy of the Motion and attachments to the Plaintiff, as they are both present in the same office room at the prison facility to make the telephone call for this hearing.

NO further motions shall be filed until the Court decides the Motion [Docket No. 46].

**It is ORDERED:**   *Pro Se* Plaintiff's MOTION FOR A PROTECTIVE ORDER [Docket No. **39**, filed February 06, 2013] is **DENIED without prejudice.**

**It is ORDERED:**   The Court's MINUTE ORDER [Docket No. **43**, filed February 25, 2013] is **VACATED.**

**It is ORDERED:**   The Court's MINUTE ORDER [Docket No. **36**, filed February 06, 2013] ordering defendants to respond to plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction is **VACATED.**

Hearing concluded.

**Court in recess:**   2:11 p.m.
Total In-Court Time   00: 36

To order a transcript of this proceedings, contact Avery Wood Reports   (303) 825-6119 or   Toll Free   1-800-962-3345.