IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01997-RM-MJW

WALLACE GILBERT-MITCHELL, JR.,

Plaintiff,

v.

DAVID V. ALLRED, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that plaintiff's Motion (Docket No. 76) seeking copies of Docket Nos. 68, 69, 70, and 71 is DENIED.  The filings plaintiff seeks copies of were filed by plaintiff himself.  The court will not provide additional copies for plaintiff.

Date: May 14, 2013