IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01997-RM-MJW

WALLACE GILBERT-MITCHELL, JR.,

Plaintiff,

v.

DAVID V. ALLRED, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiff's Motion for an Order Directing the Clerk to Provide a Copy of the Docket Sheet (Docket No. 94) is GRANTED.  The Clerk is directed to mail plaintiff a copy of the docket sheet in this matter.

Date: June 11, 2013