**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-01997-RM-MJW

WALLACE GILBERTY-MITCHELL, JR.,

    Plaintiff,

v.

DAVID V. ALLRED, IN HIS PERSONAL AND PROFESSIONAL CAPACITIES,
H. NEWCOMB, IN HIS PERSONAL AND PROFESSIONAL CAPACITIES,
MS. INOUYE, IN HER PERSONAL AND PROFESSIONAL CAPACITIES,
J. RODRIGUES, IN HIS PERSONAL AND PROFESSIONAL CAPACITIES,
ROBERT LEGGITT, IN HIS PERSONAL AND PROFESSIONAL CAPACITIES,
THERESA MONTOYA, IN HER PERSONAL AND PROFESSIONAL CAPACITIES,
AND
MS. MCDERMOTT, IN HER PERSONAL AND PROFESSIONAL CAPACITIES,

    Defendants.

---

**FINAL JUDGMENT**

---

    In accordance with all previous orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Adopting Magistrate's Recommendation and Dismissing Case [Doc. No. 98, filed June 21, 2013] entered by the Honorable Raymond P. Moore, it is

    ORDERED that Plaintiff's Objections to the Magistrate Judge's April 3, 2013 Order and Recommendation are OVERRULED and the Recommendation is ADOPTED. It is

    FURTHER ORDERED that Plaintiff's *IFP* status is revoked. It is

    FURTHER ORDERED that the Prisoner Complaint [Doc. No. 1, filed July 30,

2012] in this matter is DISMISSED. It is

       FURTHER ORDERED that any and all remaining pending motions are DENIED as moot.

    This case is closed.

    Dated at Denver, Colorado this 21st day of June, 2013.

                                    FOR THE COURT:
                                    JEFFREY P. COLWELL, CLERK

                                    By: s/Edward P. Butler

                                    Edward P. Butler
                                    Deputy Clerk