**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

**Civil Action No.  12-cv-01997-RM-MJW**

WALLACE GILBERT-MITCHELL, JR.,

    Plaintiff,

v.

DAVID V. ALLRED, in his personal and professional capacities,
H. NEWCOMB, in his personal and professional capacities
MS. INOUYE, in her personal and professional capacities,
J. RODRIGUES, in his personal and professional capacities,
ROBERT LEGGITT, in his personal and professional capacities,
THERESA MONTOYA, in her personal and professional capacities, and
MS. MCDERMOTT, in her personal and professional capacities,

    Defendants.

---

## ORDER
---

    Plaintiff's June 26, 2013 Motion For An Order To Direct The Defendants to Serve Plaintiff With a Copy of Their Status Report (ECF No. 100) is hereby DENIED as moot.  This case was dismissed and the matter terminated by order dated June 21, 2013.

    DATED this 28th day of June, 2013.

                            BY THE COURT:

                            _____
                            RAYMOND P. MOORE
                            United States District Judge